IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Appellee, | § | |
| | § | |
| v. | § | No. 24-10814 |
| | § | |
| Rachel Lynn Waddell, | § | |
| Defendant-Appellant. | § | |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR DEFENDANT-APPELLANT</u>**

W. BROOKS BARFIELD JR., court-appointed counsel for Appellant, Rachel Lynn Waddell, moves this Court for leave to withdraw as court-appointed counsel on appeal and, in support, would respectfully show this Court the following:

I.

Rachel Lynn Waddell was convicted by a jury of conspiracy to distribute and to possess with intent to distribute fentanyl in violation of 21 U.S.C. § 846. Rachel Lynn Waddell appealed the district court overruling her objection to an evidentiary ruling and noted a clerical error in the judgment.

## II.

In an unpublished opinion, on August 8, 2025, this Court affirmed the judgment of the district court.

## III.

Counsel believes that a petition for a writ of certiorari seeking further review before the United States Supreme Court would be futile in this case, and counsel therefore seeks to withdraw. "Review on a writ of certiorari is not a matter of right, but of judicial discretion. A petition [] will be granted only for compelling reasons." Supreme Court Rule 10. This Court's decision dismissing the appeal would disfavor *certiorari* in this case.

## IV.

Counsel sent a copy of this Court's decision to Rachel Lynn Waddell as follows:

> Ms. Rachel Lynn Waddell
> (#80672-510)
> FCI Hazelton
> 1640 Sky View Drive
> Bruceton Mills, WV 26525

Moreover, counsel has informed Rachel Lynn Waddell in writing of her right to file a petition for rehearing to the Court due by August 22, 2025,

and to seek further review by filing a petition for a writ of certiorari with the United States Supreme Court with a November 6, 2025, deadline. Counsel also informed Rachel Lynn Waddell, in writing, of the right to seek certiorari review in the Supreme Court without prepayment of fees and costs, giving security, or filing the affidavit of financial inability specified by 28 U.S.C. § 1915(a). Rachel Lynn Waddell was additionally advised of the 28 U.S.C. § 2255 deadlines, which are August 10, 2026, if she foregoes filing a petition for a writ of certiorari, or one year from the date of the Supreme Court's opinion, if she elects to file a petition.

Court-appointed counsel on appeal, W. BROOKS BARFIELD JR., moves this Court for leave to withdraw as counsel for any appeal that might be taken to the United States Supreme Court.

Respectfully submitted,

W. BROOKS BARFIELD JR.
ATTORNEY AT LAW

/S/ W. BROOKS BARFIELD JR.
W. Brooks Barfield Jr.
P.O. BOX 308
AMARILLO, TX. 79105
barfieldlawfirm@gmail.com

806.468.9500
806.372.6181 Fax
SBN 00783597

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, W. BROOKS BARFIELD JR., hereby certify that on September 22, 2025, I filed an electronic copy of this motion through the Court's ECF system. Opposing counsel has therefore been served pursuant to Fifth Circuit Rule 25.2.5. One copy of the motion is being sent to Rachel Lynn Waddell as follows:

> Ms. Rachel Lynn Waddell
> (#80672-510)
> FCI Hazelton
> 1640 Sky View Drive
> Bruceton Mills, WV 26525

I further certify that: 1) any required privacy redactions have been made; 2) this electronic submission is an exact copy of the paper document; and 3) this document has been scanned for viruses by the following commercial virus scanning program: Symantec Endpoint Protection, and it is free of viruses.

/S/ W. BROOKS BARFIELD JR.
W. Brooks Barfield Jr.

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify this motion complies with the type-volume limitations announced in Rule 27(d)(2) of the Federal Rules of Appellate Procedure because it contains 369 words. Additionally, I prepared the motion in Microsoft Word using the proportionally spaced typeface Century Schoolbook, in a 14-point font size. I understand a material misrepresentation in completing this certificate may result in the Court striking the motion and imposing sanctions.

<u>/S/ W. BROOKS BARFIELD JR.</u>
W. Brooks Barfield Jr.